# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3669

_____

| | | |
|---|---|---|
| Jo Ann Hoffmann, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Benton County, Administration; | * | [UNPUBLISHED] |
| Benton County Attorney, Robin | * | |
| Greene; Clyde Cummings, County | * | |
| Judge; David Greene, Arresting | * | |
| Officer, Bentonville Police | * | |
| Department; Bentonville City | * | |
| Police Department; Bobby Fanning; | * | |
| John Skaggs, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 24, 2001
Filed: January 23, 2002

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

JoAnn Hoffmann appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of her 42 U.S.C. §§ 2000b(b) and 1985 action. Having carefully reviewed the record, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (de novo review), we conclude that dismissal was proper for the reasons the district court stated. We note that even if Hoffmann filed her complaint on August 13, 2001, her claims arising in August 1998 would still fail because the relevant defendants would be entitled to absolute immunity. See Mireles v. Waco, 502 U.S. 9, 11-12 (1991) (per curiam) (judicial immunity); Brodnicki v. City of Omaha, 75 F.3d 1261, 1266-67 (8th Cir.) (prosecutorial immunity), cert. denied, 519 U.S. 867 (1996). We also note that the magistrate judge could screen the complaint without Hoffmann's consent. See 28 U.S.C. § 636(b)(1).

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendation of the Honorable Beverly S. Jones, United States Magistrate Judge for the Western District of Arkansas.